# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 19-cr-00084-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| ALEXANDER KOU CHOU | MAGISTRATE JUDGE HANNA |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the guilty plea of Defendant Alexander Kou Chou is accepted, and the court hereby adjudges the Defendant guilty of the offenses charged in Counts One and Three of the Indictment.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of July, 2019.

```
                    [signature]
            DONALD E. WALTER
            UNITED STATES DISTRICT JUDGE
```